■ PANEL REALTY COMPANY, Appellant-Respondent, v BARCLAY'S BANK OF NEW YORK, Respondent-Appellant.—Order, Supreme Court, New York County (David Saxe, J.), entered on March 7, 1986, unanimously affirmed for the reasons stated by David Saxe, J., at Special Term, without costs and without disbursements. Concur—Sullivan, J. P., Carro, Ellerin, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM PASTORIZA, Appellant.—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on September 18, 1985, unanimously affirmed. Defendant-appellant's motion for leave to serve and file a supplemental *pro se* brief denied. No opinion. Concur—Sandler, J. P., Carro, Kassal, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM THOMPSON, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on October 28, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Kassal, Ellerin and Smith, JJ.

■ ROBERT NEWMANN et al., Appellants, v MAPAMA CORPORATION et al., Respondents, et al., Defendants.—Two orders, Supreme Court, New York County (C. Beauchamp Ciparick, J.), both entered on November 12, 1986, unanimously affirmed, without costs and without disbursements. Motion by appellants for a preliminary injunction requiring immediate restoration of freight elevator service denied. No opinion. Concur—Carro, J. P., Milonas, Rosenberger and Smith, JJ.